KAEDIAN LLP
NANNINA L. ANGIONI (SBN 11041)
nangioni@kaedianllp.com
3960 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 706-7571
Facsimile: (310) 893-3191

Attorneys for Defendant,
Egg Works 4, LLC

THE THATER LAW GROUP, P.C.
M. LANI ESTEBEN-TRINIDAD (SBN 006967)
7000 Smoke Ranch Road, Suite C
Las Vegas, NV 89128
Telephone: (702) 736-5297
Facsimile: (702) 736-5299

Attorneys for Plaintiff,
ALEXA BJORNSON

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALEXA BJORNSON, an individual<br><br>Plaintiff,<br><br>v.<br><br>EGG WORKS 4, LLC, a Nevada limited liability company, DOES 1 through 10, inclusive; ROES CORPORATIONS/ENTITIES 1 through 10, inclusive,<br><br>Defendants. | Case No: 2:18-cv-1154-RFB-GWF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Honorable Richard F. Boulware, II<br>Action Filed: 06/26/2018 |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff ALEXA BJORNSON and Defendant EGG WORKS 4, LLC (collectively, the "Parties"), by and through their respective counsel, hereby stipulate to the Dismissal With Prejudice of this action, including all claims stated herein against all parties, with each party to bear its own attorney's fees and costs.

So stipulated and agreed.

| | |
|---|---|
| THE THATER LAW GROUP, P.C. | KAEDIAN LLP |
| /s/ M. Lani Esteban-Trinidad | /s/ Nannina L. Angioni |
| M. Lani Esteban-Trinidad | Nannina L. Angioni, Esq. |
| 7000 Smoke Ranch Road, Suite C | 3690 Howard Hughes Parkway, Suite 500 |
| Las Vegas, NV 89128 | Las Vegas, NV 89169 |
| Attorney for Plaintiff, Alexa Bjornson | Attorney for Defendant, Egg Works 4, LLC |
| Dated: February 8, 2019 | Dated: February 8, 2019 |

## **ORDER**

The Parties' joint stipulation is approved. The entire action, including all claims stated herein against Defendant Egg Works 4, LLC and any related parties, is hereby dismissed with prejudice.

IT IS SO ORDERED.                    Dated: February 14, 2019

_____
Honorable Richard F. Boulware, II
United States District Court Judge